No. 559. FIRST NATIONAL BANK, TRUSTEE, *v.* UNITED STATES. December 6, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Frederic Ullman* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Lee A. Jackson* for the United States.

No. 562. MURPHY ET AL. *v.* BLOOM ET AL. December 6, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. George I. Haight* and *Harry A. Biossat* for petitioners. *Messrs. Thomas C. McConnell* and *Irwin T. Gilruth* for respondents.

No. 593. GILLETTE RUBBER Co. *v.* MARTIN ET AL. December 6, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Thomas C. McConnell* for petitioner. *Mr. Harold M. Wilkie* for respondents.

No. 590. EHLERS *v.* NEBRASKA. See *ante,* p. 655.

No. 15, original. EX PARTE JAMES H. AVERY. December 13, 1937. The motion for leave to file petition for writ of certiorari is granted. The petition for writ of certiorari, and motion for leave to proceed further *in forma pauperis,* denied. *James H. Avery, pro se.*

No. 619. SMITH *v.* ZERBST, WARDEN. December 13, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave